FILED
03 JUL 17 AM 11: 01
U.S. ... .T
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN ROMANO | CIVIL ACTION |
| VERSUS | NO. |
| CHARLES P. SWANSON, JON LOWE, CARY C. COLLINS, MARGIE M. COLLINS, | SECTION |
| PORSCHE CLUB OF AMERICA, INC., PORSCHE CLUB OF AMERICA HEART O' DIXIE REGION, | MAGISTRATE |
| STATE FARM INSURANCE COMPANY, AND XYZ INSURANCE COMPANY | DIV. |

**********************************************************************

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes John Romano who respectfully represents that:

1. Plaintiff John Romano is an individual of the full age of majority and a resident of the State of Massachusetts.

2. Defendant Charles P. Swanson is an individual of the full age of majority and a citizen of the State of Alabama. Defendant Jon Lowe is an individual of the full age of majority and a citizen of the State of Alabama. Defendant Cary C. Collins is an individual of the full age of majority and a citizen of the State of Alabama. Defendant Margie M. Collins is an individual of the full age of majority and a citizen of the State of Alabama. Defendant Porsche Club of America, Inc., is a District of Columbia corporation with its principal place of business in the Commonwealth of Virginia. Defendant Porsche Club of America Heart O' Dixie Region is an Alabama corporation with its principal place of

business in the State of Alabama. Defendant State Farm Insurance Company is an Illinois corporation licensed to do and doing business in the State of Alabama. Defendant XYZ Insurance Company is an insurance company licensed to do and doing business in the State of Alabama.

3. The matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars.

4. John Romano owns a vintage 1970 Porsche 908-3 automobile (hereinafter the "Vehicle").

5. John Romano contracted with Dale Miller, to renovate and fully restore the Vehicle to the manufacturer's specifications.

6. Following the restoration, John Romano planned to use the Vehicle in a racing event at Road Atlanta Motor Sports Center in Atlanta, Georgia.

7. Dale Miller was requested by the Porsche Club of America and Porsche Club of America Heart O' Dixie Region to show the car at its technical seminar and meeting which was called "Dixie Tech 2002," to which John Romano agreed.

8. Defendant, Jon Lowe of the Porsche Club of America's National Technical Committee, coordinated arrangements for the transportation of the Vehicle from California, where the vehicle had just been completely rebuilt, to Huntsville, Alabama for the Dixie Tech 2002, in the form of a $500 payment to John Romano.

9. The Vehicle was stored at the Defendants, Cary and Margie Collins' shop, on Millers Ferry Road in Huntsville, Alabama.

10. On or about April 7, 2002, defendant Charles P. Swanson, who was and is the Secretary of the Porsche Club of America Heart of Dixie Region, with and in the company of other Heart of Dixie Region members and officers, without any permission from Mr. Romano or Mr. Miller, drove Romano's Porsche on multiple occasions.

11. When Defendant Swanson took the vehicle for one of his unauthorized drives, at some point, he lost control of the vehicle and ran it into a telephone pole, causing extensive damage to the Vehicle. After Charles Swanson wrecked the Porsche, he was found to have a very elevated blood alcohol level.

12. On information and belief, the Porsche could not have been removed from the locked garage in which it was kept without the cooperation and/or assistance of the Collins.

13. As a result of the April 7, 2002 accident, the Vehicle sustained major damages that are estimated to cost approximately $200,000.00 to repair. The repairs have been started, but are still not complete. Plaintiffs also suffered from loss of use and hedonic damages as a result of the wrecking of this unique vehicle,

14. Upon information and belief, Defendant State Farm Insurance Company provided defendant Charles P. Swanson automobile insurance that should provide some coverage for this loss.

15. Upon information and belief, Defendant XYZ Insurance Company provided commercial general liability insurance to defendants Porsche Club of America, Inc. and Porsche Club of America Heart O' Dixie Region.

16. Defendants, Cary and Margie Collins and the Porsche Club of America, Inc., and/or its regional division, the Porsche Club of America Heart O' Dixie Region were the bailees of the Vehicle owned by John Romano, and said defendants violated their duties to John Romano.

17. At all times relevant to this cause of action, commencing with the Vehicle's delivery to Defendants Cary and Margie Collins' shop, each and every defendant in this matter owed a duty to John Romano for the protection and safekeeping of the Vehicle.

18. By exercising control over the Vehicle in a negligent manner, the Defendants breached said duty.

19. The accident and the resulting losses were the sole fault of the Defendants. They were negligent in the following non-exclusive respects:

    a. Misappropriating the Vehicle without authority;

    b. Negligently damaging the Vehicle;

    c. Driving while legally intoxicated;

    d. Allowing the Secretary of the organization to drive John Romano's Porsche while intoxicated;

    e. Failing to disable the Vehicle from being operated following the Dixie Tech 2002 presentation; and

    f. Other acts of negligence to be shown at the trial of this matter.

**WHEREFORE,** petitioner, John Romano prays that the defendants be served with and cited to appear and answer a copy of this lawsuit and that after due proceedings are

had, that judgment be granted in his favor for all damages to which he is entitled at law, for all costs of these proceedings, for legal interest from date of judicial demand until paid, for attorney's fees, if available and for all other general or equitable relief to which he might otherwise be entitled.

Respectfully submitted,

**DIDRIKSEN LAW FIRM**

**CALEB H. DIDRIKSEN, III, La. Bar Roll No. 1334**
**DIANE R. COSENZA, La. Bar Roll No. 4419**
3114 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 822-3114
Facsimile: (504) 822-3119
*Attorneys for John Romano*